**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1957**

ASIA APPAREL, LLC,

Plaintiff - Appellee,

v.

GARRETT CUNNEEN; STORM JENKINS,

Defendants – Appellants,

and

RIPSWEAR, INCORPORATED; JOHN DOES, 1-10,

Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:02-cv-00469-GCM)

Submitted: March 25, 2009          Decided: April 2, 2009

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Garrett Cunneen, Storm Jenkins, Appellants Pro Se. James Daniel Bishop, BISHOP, CAPITANO & MOSS, PA, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garrett Cunneen and Storm Jenkins appeal the district court's order granting Asia Apparel's motion to dismiss specified claims without prejudice and for summary judgment of claims remaining. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Asia Apparel, LLC v. Cunneen, No. 3:02-cv-00469-GCM (W.D.N.C. July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED